THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM H. McNUTT, Appellant.

*People* v. *McNutt*, 133 App. Div. 944, affirmed.
(Argued May 12, 1911; decided May 30, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department,

entered July 13, 1909, which affirmed a judgment of the Court of General Sessions of the Peace in the county of New York rendered upon a verdict convicting the defendant of the crime of grand larceny in the first degree.

*Reuben Peckham* and *James W. Osborne* for appellant.

*Charles S. Whitman, District Attorney* (*Robert S. Johnstone* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.